```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15472
   RICHARD YOUNG
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3740


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/24/2006 and was confirmed 04/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/10/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
HOMEQ SERVICING CORP      MORTGAGE ARRE    1378.86           .00         1378.86
ASSET ACCEPTANCE LLC      UNSEC W/INTER     403.53           .00             .00
HOMEQ SERVICING CORP      CURRENT MORTG        .00           .00             .00
HSBC/RS                   SPECIAL CLASS  NOT FILED           .00             .00
HOMEWOOD DISPOSAL SERVIC  SPECIAL CLASS  NOT FILED           .00             .00
TCF BANK                  SPECIAL CLASS  NOT FILED           .00             .00
PROVIDIAN NATIONAL BANK   SPECIAL CLASS  NOT FILED           .00             .00
PROVIDIAN NATIONAL BANK   SPECIAL CLASS  NOT FILED           .00             .00
BARCLAYS CAPITAL REAL ES  NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY          813.95           .00             .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER      30.00           .00             .00
GLOVER LAW OFFICE         DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                          91.14
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              1,470.00

PRIORITY                                          .00
SECURED                                      1,378.86
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                            91.14
DEBTOR REFUND                                     .00
                    --------------          --------------
TOTALS               1,470.00                1,470.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE